UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JI YOUNG PARK and JOUNG SOOK PARK, husband and wife, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>KICHIN CHOE and HAEWON T. CHOE, a.k.a. HAE CHOE, husband and wife, and the marital community comprised thereof, and GARDEN COURT AFH, INC., d/b/a GARDEN COURT ADULT FAMILY HOME, a Washington corporation,<br><br>Defendants. | NO. 06-5456 RJB<br><br>ORDER EXTENDING DISPOSITIVE MOTION DEADLINE TO AUGUST 9, 2007ORDER EXTENDING DISPOSITIVE MOTION DEADLINE TO AUGUST 9, 2007CONFIRMATION OF JOINDER OF PARTIES<br><br>DATE NOTED: JUNE 19, 2007 |

## ORDER

The Court having considered the parties' Joint Motion Seeking Extension of Motion Deadline to August 9, 2007,

IT IS HEREBY ORDERED that the deadline to file dispositive motions currently set for July 11, 2007 is extended to August 9, 2007.

DATED this 19th day of June, 2007.

_____
Robert J. Bryan
United States District Court Judge

Presented by:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM
LLP

By: /s/ Warren E. Martin on 06/07/07
Warren E. Martin, WSBA No. 17235
wmartin@gth-law.com
    Attorneys for Defendants

Copy Received; Approved as to Form;
Notice of Presentation Waived:

DAVIES PEARSON, P.C.

By: /s/ Joseph M. Diaz on 06/07/07
Joseph M. Diaz, WSBA #16170
Attorneys for Plaintiffs